# UNITED STATES DISTRICT COURT

for the District of Nebraska

Boehm

Plaintiff(s),

V.

Pure Debt Solutions Corporation

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 8:19-cv-00117-LSC-CRZ

Notice is hereby given that, subject to approval by the court, __Andrew Boehm__ substitutes
(Party (s) Name)

__Abbas Kazerounian__, State Bar No. __CA 249203__ as counsel of record in
(Name of New Attorney)

place of __Mark Javitch__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Kazerouni Law Group, APC
- Address: 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626
- Telephone: (800) 400-6808     Facsimile (800) 520-5523
- E-Mail (Optional): ak@kazlg.com

I consent to the above substitution.

Date: 6/26/2019

_(Signature of Party (s))_

I consent to being substituted.

Date: 6/26/2019

_Mark Javitch_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/26/2019

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/1/2019

_Judge_

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**