IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW BOEHM, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>PURE DEBT SOLUTIONS CORPORATION, a Wyoming corporation; GUSTAV RENNY, an individual; and WILLIAM THOMAS FINNERAN, an individual;<br><br>Defendants. | 8:19CV117<br><br>ORDER |

This matter is before the Court on the Joint Stipulation to Dismiss Plaintiff's Claims Against Defendants Gustav Renny and William Thomas Finneran Without Prejudice, ECF No. 32. The aforementioned parties "jointly stipulate to dismissal of [Boehm's] claims against [Renny and Finneran] without prejudice" under Rule 41(a)(1)(A)(ii)[1] of the Federal Rules of Civil Procedure and agree that the pending Motion to Dismiss, ECF No. 25, filed by Renny and Finneran, is now moot. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation to Dismiss Plaintiff's Claims Against Defendants Gustav Renny and William Thomas Finneran Without Prejudice, ECF No. 32, is granted;

2. The Motion to Dismiss, ECF No. 25, filed by Defendants Gustav Renny and William Thomas Finneran, is denied as moot; and

---

[1] A voluntary dismissal under Rule 41(a)(1)(A) does not require a court order.

3. The Clerk is directed to remove Defendants Gustav Renny and William Thomas Finneran from the case caption.

Dated this 2nd day of July 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge