# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDREW BOEHM, Individually and on Behalf of All Others Similarly Situated, | Case No.: 8:19-cv-00117-LSC-CRZ |
| Plaintiff, | |
| v. | |
| PURE DEBT SOLUTIONS CORPORATION, a Wyoming Corporation; and WOLF MARKETING LLC, a Florida limited liability company, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT PURE DEBT SOLUTIONS CORPORATION

Pursuant to Local Rule 41.1, Plaintiff Andrew Boehm hereby informs the parties and the Court that an individual settlement has been reached with Defendant Pure Debt Solutions Corporation.

Dated: November 8, 2019

Respectfully Submitted,

By: *Jason A. Ibey*
CA Bar Number: 284607*
Attorney for Plaintiff
KAZEROUNI LAW GROUP, APC
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-Mail: jason@kazlg.com

*Admitted *Pro Hac Vice* Admission

1