IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW BOEHM, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>PURE DEBT SOLUTIONS CORPORATION, a Wyoming corporation; and WOLF MARKETING LLC, a Florida limited liability company;<br><br>Defendants. | **8:19CV117**<br><br>**DISMISSAL DOCUMENT ORDER** |

The court has been advised that Plaintiff and Defendant, Pure Debt Solutions Corporation, have settled their claims in the above-captioned matter.

Accordingly,

IT IS ORDERED that:

(1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the claims against Pure Debt Solutions Corporation.

(2) Absent compliance with this order, the claims against Pure Debt Solutions Corporation (including all counterclaims and the like) may be dismissed without further notice.

Dated this 12th day of November, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge