**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq.
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW BOEHM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PURE DEBT SOLUTIONS CORPORATION, a Wyoming Corporation; and WOLF MARKETING LLC, a Florida limited liability company,<br><br>Defendants. | Case No.:  8:19-cv-00117-LSC-CRZ<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT WOLF MARKETING LLC WITHOUT PREJUDICE** |

Plaintiff Andrew Boehm ("Plaintiff") hereby voluntarily dismisses Plaintiff's individual and putative class claims against Defendant Wolf Marketing LLC, *without* prejudice.

1

| | |
|---|---|
| Dated: December 6, 2019 | Respectfully Submitted,<br><br>By: **s/ Jason Ibey**<br>CA Bar Number: 284607*<br>Attorney for Plaintiff<br>KAZEROUNI LAW GROUP, APC<br>321 N Mall Drive, Suite R108<br>St. George, Utah 84790<br>Telephone: (800) 400-6808<br>Facsimile:  (800) 520-5523<br>E-Mail: jason@kazlg.com<br><br>*Admitted *Pro Hac Vice* Admission |